

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In re: INDUSTRIAL LIFE INSURANCE                    MDL  NO. 1371 and
LITIGATION                                               consolidated MDLs

                                                          5:04cv55

         ELDORA BURKES                               CIVIL ACTION 04-2262

            v.

    LIFE INSURANCE COMPANY OF GEORGIA              SECTION "F"



                              ORDER

     All proceedings that can be conducted for Civil Action Number

04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil

Action Number 04-2262 be returned to the transferor court for any

further proceedings.




                  New Orleans, Louisiana, June 27, 2007.


                              _____
                                 MARTIN L. C. FELDMAN
                              UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.